UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAWAHER POLUS,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SHARP HEALTHCARE; EDGAR M. BULLOCH; and DOES 1 through 50,<br><br>　　　　　　　　　　　Defendants. | Case No.: 20-CV-2253 JLS (LL)<br><br>**ORDER OF SUBSTITUTION OF THE UNITED STATES OF AMERICA IN PLACE OF EDGAR M. BULLOCH**<br><br>(ECF No. 2) |

　　　Presently before the Court is the United States of America's Notice of Substitution of the United States in Place of Edgar M. Bulloch ("Notice," ECF No. 2). Pursuant to the Notice, "by operation of law, to wit, 42 U.S.C. §§ [233](a) and (g), the United States has been substituted as the defendant, in place of Edgar M. Bulloch, as to the tort claims in Plaintiff's Complaint against Edgar M. Bulloch." *Id.* at 1. The Attorney General of the United States has certified that the acts and omissions of Edgar M. Bulloch on or after January 1, 2018, giving rise to Plaintiff Jawaher Polus's claims were taken within the scope of his employment as an employee of the Borrego Community Health Foundation, an entity deemed by the Secretary of Health and Human Services to be an employee of the Public Health Service for purposes of the Federal Tort Claims Act. *See id.* at 2–3.

　　　In light of the foregoing, pursuant to Sections 233(a) and (g) of Title 42 of the United States Code, the United States of America **SHALL BE SUBSTITUTED** as the defendant

herein in place of Edgar M. Bulloch as to the claims raised in Plaintiff's Complaint, and the title of this action **SHALL BE AMENDED** accordingly to reflect the substitution. As to Edgar M. Bulloch, the Court **DISMISSES WITH PREJUDICE** this action.

**IT IS SO ORDERED.**

Dated: November 20, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge