UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAWAHER POLUS,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SHARP HEALTHCARE; UNITED STATES OF AMERICA; and DOES 1 through 50,<br><br>　　　　　　　　　　　Defendants. | Case No.: 20-CV-2253 JLS (LL)<br><br>**ORDER VACATING HEARING AND TAKING MOTION UNDER SUBMISSION WITHOUT ORAL ARGUMENT**<br><br>(ECF No. 3) |

　　　Presently before the Court is the United States of America's Motion to Dismiss ("Mot.," ECF No. 3). No opposition to the Motion has been filed. The Court **VACATES** the hearing set for December 17, 2020, and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

　　　**IT IS SO ORDERED.**

Dated: December 14, 2020

　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　United States District Judge