UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAWAHER POLUS,<br><br>                       Plaintiff,<br><br>v.<br><br>SHARP HEALTHCARE; UNITED STATES OF AMERICA; and DOES 1 through 50,<br><br>                       Defendant. | Case No.: 20cv2253-JLS-LL<br><br>**ORDER GRANTING MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE**<br><br>**[ECF No. 15]** |

      On July 20, 2021, the parties filed a Joint Motion to Continue the Early Neutral Evaluation and Case Management Conference due to conflicts in the professional schedules of counsel. ECF No. 15. Good cause appearing, the video conference Early Neutral Evaluation ("ENE") and Case Management Conference ("CMC") currently set for **July 22, 2021** at **10:00 a.m.** with the Honorable Linda Lopez, United States Magistrate Judge is hereby **RESET** to **August 9, 2021** at **1:30 p.m.**

/ / /

/ / /

/ / /

/ / /

     The Court also hereby excuses the personal appearance of Defendant Sharp Healthcare's client representative in light of Defendant Sharp Healthcare representation that she will be on vacation. The Court notes that Plaintiff's counsel has represented that there is no objection to this request. Defendant Sharp Healthcare's client representative shall be available by telephone if necessary during the conference. All other guidelines and requirements remain in effect. See ECF No. 11.

     **IT IS SO ORDERED**.

Dated: July 21, 2021

Honorable Linda Lopez
United States Magistrate Judge