UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAWAHER POLUS,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SHARP HEALTHCARE, et al.,<br><br>　　　　　　　　　　Defendant. | Case No.: 20cv2253-JLS-LL<br><br>**ORDER VACATING AUGUST 9, 2021 EARLY NEUTRAL EVALUATION CONFERENCE** |

　　　In light of the Court's August 2, 2021 order granting Defendant Sharp Healthcare's unopposed motion for judgment on the pleadings and dismissing Plaintiff's complaint without prejudice [ECF No. 20], the undersigned **VACATES** the Early Neutral Evaluation Conference ("ENE") and Case Management Conference ("CMC") set for August 9, 2021 at 1:30 p.m. If Plaintiff files an amended complaint, the Court will reset the ENE and CMC.

　　　**IT IS SO ORDERED**.

Dated: August 4, 2021

　　　　　　　　　　　　　　　　　　　Honorable Linda Lopez
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge