UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAWAHER POLUS,<br><br>            Plaintiff,<br><br>v.<br><br>SHARP HEALTHCARE,<br><br>            Defendant. | Case No.: 20-cv-02253-JLS-LL<br><br>**ORDER VACATING MOTION HEARING AND TAKING MATTER UNDER SUBMISSION** |

Presently before the Court is Defendant's Motion to Dismiss and to Strike the First Amended Complaint. (ECF No. 23.) The Court hereby **VACATES** the Motion Hearing scheduled for October 21, 2021, and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: October 14, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge